WARD, APPELLANT, *v.* WAL–MART STORES, INC., APPELLEE.

[Cite as *Ward v. Wal–Mart Stores, Inc.,*
99 Ohio St.3d 210, 2003-Ohio-3138.]

(Nos. 2002–0295 and 2002–0504—Submitted
June 4, 2003—Decided July 2, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Armstrong v. Best Buy Co., Inc.,* 99 Ohio St.3d 79, 2003-Ohio-2573, 788 N.E.2d 1088.

MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

PFEIFER, J., dissents.

O'DONNELL, J., not participating.

---

Dworken & Bernstein Co., L.P.A., and Patrick T. Murphy, for appellant.

Reminger & Reminger Co., L.P.A., and John O'Neill, for appellee.